

Justin S. Krell
516.479.6326
JKrell@SilvermanAcampora.com

100 Jericho Quadrangle
Suite 300
Jericho, New York 11753

May 4, 2018

**By ECF and First Class Mail**
Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom: 906
New York, New York  10007

      **Re:** **Lebenthal Holdings, LLC**
           **v. South Street Securities Holdings Inc.**
           **United States District Court**
           **Southern District of New York**
           **Case No. 18-cv-1336-(AJN)**
           Our File No.: 010001.68

Honorable Judge Nathan:

      We are the attorneys for Kenneth P. Silverman, Esq., the chapter 7 trustee (the "**Trustee**") of the jointly administered estates of Lebenthal Holdings, LLC, *et al.*[1] (the "**Debtors**"), and the plaintiff in the above referenced civil action (the "**Action**").

      On November 28, 2017, Plaintiff Lebenthal Holdings, LLC, filed a voluntary petition for relief in accordance with chapter 7 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York.  On November 29, 2017, Kenneth P. Silverman, Esq., was appointed the interim chapter 7 Trustee of the Debtors' estates, has since duly qualified, and is the permanent Trustee in the Debtors' cases.  The Debtors' bankruptcy cases have been jointly administered under lead Case No. 17-13337 (MG).  The Debtors' cases are currently pending before the Honorable Martin Glenn, United States Bankruptcy Judge for the Southern District of New York.

      In light of the foregoing and in accordance with this Court's *Amended Standing Order of Reference Re: Title 11*, M-431, dated January 31, 2012 (Preska, C.J.), by this letter, the Trustee respectfully requests that the Action be referred to the Bankruptcy Court for the Southern District of New York and assigned to the Honorable Martin Glenn, United States Bankruptcy Judge, because that is where the Debtors' bankruptcy cases are pending.  The Trustee believes that Action relates to the Debtors' chapter 7 cases because the causes of action asserted in the Action affect property of the Debtors' bankruptcy estates over which the Bankruptcy Court for the Southern District of New York has jurisdiction pursuant to 11 U.S.C. § 541(a)(1) and 28

---

[1] The Debtors are: Lebenthal Holdings, LLC (17-13337 (MG)), Lebenthal Asset Management, LLC (17-13339 (MG)), Lebenthal Family Office, LLC (17-13340 (MG)), and Lebenthal Wealth Advisors, LLC (17-13341 (MG)).

JSK/2177649.1/010001

U.S.C. § 1334(e)(1).  The Trustee further believes that such referral would aid the Trustee in his efforts to efficiently and effectively pursue the Action to final judgment or otherwise.

If the Court has any questions or concerns, please do not hesitate to have a member of Your Honor's staff contact me.

Respectfully submitted,

*s/ Justin S. Krell*

Justin S. Krell

JSK

cc: Kenneth P. Silverman, Esq., Chapter 7 Trustee (by email)
Jay S. Hellman, Esq., Counsel to the Trustee (by email)
Daniel M. Perry, Esq., Counsel to
  South Street Securities Holdings Inc. (by first class mail and email)
Alison Bonelli, Esq., Counsel to
  South Street Securities Holdings Inc. (by first class mail and email)